[Civ. No. 10580. First Appellate District, Division One.—June 14, 1937.]

J. HENRY HARRIS, Petitioner, v. JUSTICE'S COURT OF THE CITY OF BERKELEY et al., Respondents.

Philip B. Beggs for Petitioner.

THE COURT.— The judgment of a police or justice's court will not be reviewed on *certiorari* after appeal is taken therefrom and determined in the superior court. (*Roberts* v. *Police Court,* 185 Cal. 65 [195 Pac. 1053] ; *Sears* v. *Superior Court,* 133 Cal. App. 704 [24 Pac. (2d) 842] ; *Los Angeles Bond etc. Co.* v. *Superior Court,* 1 Cal. App. (2d) 634 [37 Pac. (2d) 159].)

The writ is denied.